# UNITED STATES DISTRICT COURT
# NORTHER DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| Patricia Staples, | : |
| Plaintiff, | : Civil Action No.: 3:16-cv-00137 |
| v. | : |
| Conn Appliances, Inc., | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 22, 2016

Respectfully submitted,

By: */s/ Jenny DeFrancisco*

Jenny DeFrancisco, Esq.
CT Bar No.: 432383
LEMBERG LAW LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-mail: jdefrancisco@lemberglaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                     By   */s/ Jenny DeFrancisco*

                                            Jenny DeFrancisco, Esq.